# Court of Appeals
# of the State of Georgia

ATLANTA,  April 26, 2023

*The Court of Appeals hereby passes the following order:*

## A23A1324. TANYA HICKEY v. DARREN D. CAMPBELL.

Tanya Hickey and Darren D. Campbell divorced in 2006. In May 2022, Hickey filed a petition for contempt, asserting that Campbell had failed to pay child support and related expenses as required by the divorce decree and subsequent consent order. The trial court declined to hold Campbell in contempt, and Hickey filed this direct appeal. We lack jurisdiction.

Appeals from "judgments or orders in divorce, alimony, and other domestic relations cases" including orders "holding or declining to hold persons in contempt" must be made by application for discretionary appeal. OCGA § 5-6-35 (a) (2). The underlying action – a contempt petition from a divorce decree – is a domestic relations case that requires compliance with the discretionary appeal statute. See *Russo v. Manning*, 252 Ga. 155, 155 (312 SE2d 319) (1984). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human*

*Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).  Hickey's failure to follow the proper appellate procedure deprives us of jurisdiction to consider this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,*  04/26/2023

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*